UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **Kevin J. Henry,** | ) |
| Plaintiffs, | ) |
| | ) |
| V. | ) |
| | ) Case No. 4:13CV00196 ERW |
| | ) |
| **City of Vandalia, et al,** | ) |
| | ) |
| Defendants. | ) |

ORDER

The above-styled case was filed in the Eastern Division of this court on January 30, 2013 and assigned to the Honorable E. Richard Webber.   Because the jurisdiction of this matter lies in the Northern Division of this district, this case should have been assigned a Northern Division case number.

IT IS HEREBY ORDERED that the above styled cause is transferred to the Northern Division of this court and assigned Case No.2:13cv00011 RWS.   The Honorable Rodney W. Sippel will preside.

Case No. 4:13cv00196 ERW is hereby administratively closed.

Dated this 31st day of January, 2013.

James G. Woodward, Clerk of Court

By: /s/ Michele Crayton, Deputy In Charge

Please refer to Case No. **2:13cv00011 RWS** in all future matters concerning this case.